**Exhibit A to the Complaint**

**Location:** Brandon, FL

**Total Works Infringed:** 51

**IP Address:** 173.168.71.58

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3798D5FAD5FF93F26107FE74E8A99DAC6B3AF5CA | 03/02/2026 21:47:56 | Blacked | 02/22/2026 | 03/09/2026 | PA0002572171 |
| 2 | 7a97497948457928c3bec937d8928789f574a8b5 | 03/06/2026 16:12:01 | Milfy | 11/12/2025 | 11/26/2025 | PA0002554928 |
| 3 | 0AD1E2671428F366B3855CAD4C5CA30A900E78B4 | 03/02/2026 20:51:06 | Wifey | 02/21/2026 | 03/09/2026 | PA0002572158 |
| 4 | c81df19414a59055cac6fdc53523e1bc9f5be24c | 02/27/2026 14:09:29 | Blacked | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 5 | 806E1469FF9418555630C2C34C13F6ED0C48BBE8 | 02/23/2026 23:22:21 | Blacked Raw | 02/20/2026 | 03/09/2026 | PA0002572154 |
| 6 | E57A47617B875B6261F82E723F257D7A916221CB | 02/19/2026 23:59:53 | Milfy | 01/28/2026 | 02/04/2026 | PA0002565319 |
| 7 | 5F3D774DB25C59374C7A43ACDF628739044449D4 | 02/19/2026 13:54:09 | Milfy | 02/04/2026 | 02/20/2026 | PA0002568768 |
| 8 | 04F316D2BDC9177CF7F76863B300C32DB5EAA645 | 02/19/2026 13:25:56 | Wifey | 02/14/2026 | 02/20/2026 | PA0002568770 |
| 9 | 2B8BB0A39B5049A32F7272833025F7C526900E52 | 02/18/2026 16:44:17 | Blacked | 02/12/2026 | 02/20/2026 | PA0002568763 |
| 10 | 0FAF77F49581A77063E70ADE1543A7787F679CCC | 02/18/2026 16:26:35 | Tushy | 02/15/2026 | 02/20/2026 | PA0002568766 |
| 11 | 7350CE008E4D72E1005206061C06CB444D5B8C5D | 02/18/2026 14:58:09 | TushyRaw | 02/15/2026 | 02/20/2026 | PA0002568786 |
| 12 | C69C44B67757C72F12CDE95F5A934621F56D798B | 02/18/2026 14:04:10 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 13 | C4A62B04E3B6453DE67731943CA7677F61A6D71F | 02/18/2026 14:01:49 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 14 | EB9649DDA2323288F92ED22A89ACEC80BE7FB8C9 | 02/18/2026 09:26:50 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 15 | D72F801D60D69A61D540BF4C0B1D7A94BAAD9FFD | 02/09/2026 19:50:12 | Tushy | 01/11/2026 | 01/26/2026 | PA0002563063 |
| 16 | 74f26e383a5f1e608790bd15e262e97e18a6dadb | 01/29/2026 22:04:00 | Slayed | 04/16/2024 | 06/25/2024 | PA0002477556 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 74f78a680dab20c45f8d89e930a64fa3e5795cbf | 01/29/2026 22:03:25 | Blacked | 02/27/2025 | 03/25/2025 | PA0002521748 |
| 18 | 74f7c03315b7fb96932faefb2122ee94072bbb62 | 01/29/2026 22:02:37 | Vixen | 12/02/2022 | 02/21/2023 | PA0002401003 |
| 19 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | 01/19/2026 13:37:18 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 20 | 769cb5d61b3da52fa17d5f9b5aad0e57acef90d5 | 01/11/2026 04:03:12 | Blacked | 08/16/2025 | 08/19/2025 | PA0002545676 |
| 21 | 0185608d5fc14c71957a6af0a95e6b9a69ed9ba0 | 03/26/2025 09:30:57 | Blacked Raw | 06/18/2023 | 07/13/2023 | PA0002420357 |
| 22 | 0c61b5f6e6cf3b85e57748dc5c1969ccb192dadd | 03/25/2025 17:57:34 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 23 | 45b20c33273b6f9fb4f5deb35366ed796cb68c77 | 03/25/2025 13:02:25 | Blacked Raw | 08/19/2024 | 09/17/2024 | PA0002490351 |
| 24 | ad2541df875fcad4accb68e7d053e02b33138aa3 | 03/25/2025 12:52:31 | Blacked Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 25 | 5d1578fe2f0c81ef827a82667943f9bf3459aeb1 | 03/24/2025 04:55:32 | Blacked Raw | 06/27/2022 | 07/22/2022 | PA0002359465 |
| 26 | 6c38232f41ea64daa5575dd592d16021beee98a2 | 03/24/2025 03:58:58 | Blacked | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 27 | 7EC81FF45A10217A5BB8F179391B7426D0460D5C | 03/22/2025 23:50:11 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 28 | 090e17dea144e183c365b32787317cad5b4ee7f2 | 03/22/2025 23:49:50 | Blacked | 01/22/2022 | 02/14/2022 | PA0002335440 |
| 29 | a487211bf7cb894380e91ce4ad6e3b2cb8a6b9bd | 03/15/2025 02:51:12 | Tushy | 03/09/2025 | 03/28/2025 | PA0002522491 |
| 30 | 282EA4C59AB717B4D9D7E7BEB8D867DDCDE81A96 | 03/11/2025 11:20:39 | Blacked | 03/09/2025 | 03/25/2025 | PA0002521745 |
| 31 | 1900b4efcb3418d92df57133e1fc4adebf13dfd1 | 03/08/2025 20:05:39 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 32 | 50eb3a81256ed806b8c03530b3aeb4efe3af96d1 | 03/08/2025 02:23:06 | Blacked | 02/07/2025 | 02/18/2025 | PA0002515979 |
| 33 | 90ac10449affde8cbfe6fe592b4d7e8ecaaa8e7f | 03/07/2025 20:43:58 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 34 | F1CDCEE7B24975CC39DB5199D619DFFD3EAB1D44 | 03/07/2025 11:00:24 | Blacked Raw | 07/04/2022 | 07/22/2022 | PA0002359466 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 65f37fe17537496c1be553a0eb8c260788e46a02 | 03/07/2025 09:59:08 | Blacked Raw | 10/11/2021 | 10/19/2021 | PA0002317052 |
| 36 | 9cd7cfd962de7804cf2507733b747eeb28b25d1e | 03/07/2025 08:51:18 | Blacked Raw | 06/07/2021 | 06/15/2021 | PA0002296926 |
| 37 | 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391 | 03/07/2025 03:58:35 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 38 | C5761B518DEDD332D267EB1F7D7B5CB532C371ED | 03/07/2025 03:08:00 | Vixen | 02/28/2025 | 03/28/2025 | PA0002522464 |
| 39 | 6ED38D738D7584B6A6DDE3498B50C2883D680458 | 03/07/2025 02:52:33 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 40 | f445823ee2bb5e4bf4886eb8490df47acc438c4e | 03/05/2025 20:43:29 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 41 | 99396a1bee2c469528fd10e71f1afd2eba16f1f0 | 03/05/2025 05:27:48 | Blacked Raw | 10/14/2024 | 10/16/2024 | PA0002494704 |
| 42 | 342552f48290300406136f4ca85c472e23e232b3 | 06/04/2024 10:27:21 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 43 | ff2738464090d606206d0608a050f0ba3d10e1a9 | 01/18/2024 14:06:28 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 44 | d70316b223a58e7a96123a8eb37cae5df0acdb64 | 01/18/2024 13:03:29 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 45 | ff16d5c558e22b9ba334778ef92ddcac4b9c219f | 01/18/2024 00:08:17 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 46 | cb0d3a2dd39d12d6d1d0e2c443ed888b62498111 | 01/17/2024 15:38:16 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 47 | 549d81c2e31a1cb34ce19937d9d3cee671d29a4c | 01/17/2024 14:50:17 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 48 | 4f3caa9d7d8185f294dff09e8276bdec62d8a41c | 01/17/2024 12:28:06 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 49 | 36c032e0d20fb461e5bfa395367401d89c726783 | 12/31/2023 03:52:00 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 50 | 0103125a629e3e198aa5e08c3b743c3d194e5b85 | 12/27/2023 14:31:04 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 51 | 09ee300afc18446c7e051e6a71568289d703c79d | 12/22/2023 17:54:09 | Blacked Raw | 04/19/2021 | 04/27/2021 | PA0002288984 |